UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**TARNIECE A. MINES**        )
                             )
      Plaintiff,         )
                             )
v.                           )   **Civil Case No. 1:08CV1118 (EGS)**
                             )
**CAPITOL GROUP COMPANIES**  )
                             )
      Defendant.         )
_____)

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

Please take Notice of the following address and telephone number change for Plaintiff's counsel in the above-captioned matter:

**Teresa W. Murray**
**The Law Office of T.W. Murray**
**8403 Colesville Road**
**Suite 610**
**Silver Spring, Maryland 20910**
**Phone: 301-880-7235**
**Fax: 301-587-9397**

                   Respectfully submitted,

Dated: August 22, 2008          By**:_____/s/_____**
                                                Teresa W. Murray
                                            The Law Office of T.W. Murray
                                            8403 Colesville Road, Suite 610
                                            Silver Spring, Maryland 20910
                                            Phone: 301-880-7235
                                            Fax: 301-587-9397

                                            **Counsel for the Plaintiff**